IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 MAY 23 PM 12: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA

V.   Cr. No. 05-20028-Ma

DENNIS DAE

## ORDER SPECIFYING PERIOD OF DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Counsel for the defendant has this day notified the Court that the defendant is undergoing a mental evaluation to determine his competency to stand trial. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(1)(A), a defendant may be granted a period of excludable delay while undergoing a mental evaluation.

IT IS THEREFORE ORDERED that the time period of May 18, 2005 through June 15, 2005, be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is undergoing a mental evaluation.

**The arraignment is RESET for Wednesday, 06/15/05 at 10:00 a.m. before Magistrate Judge Tu Pham.**

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: May 20, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20028 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT