FILED BY _M_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 15 PM 3: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

**DENNIS DAE**                                                         No. 05cr20028-Ma

ORDER CONTINUING ARRAIGNMENT AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The counsel for the defendant has this day notified the Court that the defendant, upon order of the court, had been ordered to be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d) for treatment and further evaluation. The court finds that the arraignment should be continued until a report on defendant's mental competency is received and that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(A) the time period of 06/15/2005 through 11/16/2005 be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is under observation for mental competency.

**ARRAIGNMENT RESET TO WEDNESDAY, NOVEMBER 16, 2005 AT 10:00 A.M. BEFORE MAGISTRATE JUDGE S. THOMAS ANDERSON.**

This 15 day of June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20028 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT