IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                          No. 05-20028-Ma

DENNIS DAE

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

The defendant's counsel has this day notified the Court that the defendant is undergoing a mental evauation. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while undergoing a mental evaluation. It is therefore ORDERED that the time period of __12/15/05__ through, __3/8/06__ be excluded from the time limits imposed by the Speedy Trial Act for trial of this case while the defendant is undergoing a mental evaluation.

**ARRAIGNMENT reset to Wednesday,__March 8__, 2006, at 10:00 a.m. before Magistrate Judge__Vescovo__.**

This __15th__ day of __December__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on _____
with Rule 55 and/or 32(b) FRCrP on 12-16-05

31

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20028 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT